BRADLEY J. WEBER (USB No. 12273)
**WEBER LAW GROUP, PLLC**
62 N. Grant Ave., Suite 100
American Fork, UT 84003
Telephone: (801) 753-8084
Facsimile: (801) 753-8084
Email: brad@weber.law
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA, CENTRAL DIVISION

| | |
|---|---|
| UHS PRO, LLC, a Utah limited liability company,<br><br>          Plaintiff,<br>vs.<br><br>HEALTH FIRST TECHNOLOGIES, INC., a Nevada corporation, dba RENUA MEDICAL,<br><br>          Defendant.<br><br>AND ALL OTHER CLAIMS. | **ORDER GRANTING STIPULATED MOTIN TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE**<br><br><br>Case No. 3:16-CV-00747-RCJ-WGC<br><br>Judge Robert C. Jones |

Based upon the Stipulation of the parties herein, and being fully informed in the premises, and for good cause appearing, IT IS HEREBY ORDERED that the above-entitled matter is hereby DISMISSED, with prejudice. Each party if to bear their own costs and attorney's fees.

DATED this 6th day of March, 2018.     BY THE COURT:

_____
Judge Robert C. Jones